IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03083-AP

THERESE G. VELASQUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Francis K. Culkin | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 3801 E. Florida Ave., Suite 400 | |
| Denver, CO 80210 | Kevin T. Traskos |
| (303) 830-1110 | Deputy Civil Chief |
| fculkinesq@aol.com | United States Attorney's Office |
| | District of Colorado |
| | |
| | William G. Pharo |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: November 28, 2011

    B. Date Complaint was served on U.S. Attorney's Office: November 29, 2011

    C. Date Answer and Administrative Record were filed: February 1, 2012

4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

    The parties do not intend to submit additional evidence.

6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A. Plaintiff's opening brief due: **April 1, 2012**

    B. Defendant's response brief due: **May 1, 2012**

    C. Plaintiff's reply brief (if any) due: **May 16, 2012**

9. STATEMENTS REGARDING ORAL ARGUMENT

Plaintiff requests oral argument.  The Commissioner does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties do not consent to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 21st day of February, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Francis K. Culkin
Francis K. Culkin
Attorney for Plaintiff
3801 E. Florida Ave., Suite 400
Denver, CO 80210
(303) 830-1110
fculkinesq@aol.com

John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

William G. Pharo
United States Attorney's Office
District of Colorado

/s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant