IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03083-AP

THERESE G. VELAZQUEZ,

    Plaintiff,

vs

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the ORDER entered by the Honorable Wiley Y. Daniel, U.S. District Judge on March 21, 2013, it is hereby

ORDERED that this case is REVERSED AND REMANDED to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C.§ 405(g).  Upon remand, the Commissioner shall also consider the new evidence submitted to this Court by Plaintiff in accordance with sentence six of § 406(g). Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, in favor of Plaintiff Velasquez and against the Commissioner.

Plaintiff may have her costs, upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED at Denver, Colorado this 22nd day of March, 2013.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk
                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk

---

[1] Carolyn W. Colvin, as of Feb. 14, 2013, has been named as the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted for Michael J. Astrue as the defendant in this suit.