IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-03083-WYD

THERESE G. VELASQUEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act filed on June 20, 2013. The Application sought attorney fees in the amount of $11,070.13. A response to the Application was filed by the Commissioner on July 12, 2013. The response advises the Court that the parties have now agreed to a reduced award of attorney fees of $7,500.00. Having reviewed the motion and response and finding good cause for the relief sought, it is

ORDERED that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (ECF No. 26) is **GRANTED** as to the request for an award of attorney fees. In accordance with the parties' agreement noted in the response brief, attorney fees in the amount of **$7,500.00** are awarded, which shall be made payable to Plaintiff but delivered to Plaintiff's counsel.

Dated July 15, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge